# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| STS SOFTWARE SYSTEMS, LTD., | : : : : : |
| Plaintiff, | : CIVIL ACTION NO. |
|  | : 1:04-CV-2111-RWS |
| v. | : : |
| WITNESS SYSTEMS, INC., | : : |
| Defendant. |  |

## ORDER

Now before the Court is Defendant's Motion for Reconsideration of this Court's September 26, 2005 Order granting Plaintiff's Motion to Compel [118-1]. On October 6, 2005, the Court conferred with the parties via conference call. After hearing the arguments of counsel, the Court informed the parties that Defendant's Motion for Reconsideration would be denied. In light of that decision, counsel for Defendant represented that a searchable version of the source code is currently loaded onto a laptop located at its New York office

AO 72A
(Rev.8/82)

and that the laptop would be delivered to the New York office of Plaintiff's counsel by the close of business on October 7, 2005. Based on these representations, the Court has every reason to believe that Defendant will timely provide the laptop and the source code it contains.

## Conclusion

Defendant's Motion for Reconsideration [118-1] is hereby **DENIED** and Defendant is hereby **ORDERED** to produce the laptop complete with a searchable version of Defendant's source code and deliver the same to the New York office of Plaintiff's counsel within five (5) days from the date of this Order.

**SO ORDERED** this __7th__ day of October, 2005.

/s/ Richard W. Story  
RICHARD W. STORY  
UNITED STATES DISTRICT JUDGE

AO 72A  
(Rev.8/82)