**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STS Software Systems, Ltd.,                         :
                   Plaintiff,        :
                                     Civ. Action No. 1:04-CV-2111-RWS
          v.                                        :
Witness Systems, Inc.
                                                 :
                   Defendant.
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF SECOND SUPPLEMENTAL AND AMENDED
RULE 30(B)(6) DEPOSITION OF WITNESS SYSTEMS, INC.**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff STS Software Systems, Ltd. ("STS") will take the deposition of Defendant Witness Systems, Inc. ("Witness") at the office of Ashe, Rafuse & Hill, 1355 Peachtree Street, N.E., Suite 500, Atlanta, Georgia 30309-3232, on March 1, 2007, at 10:00 a.m., or at such other time and place as the parties may agree, and continuing thereafter until completed.

The deposition will be conducted under the Federal Rules of Civil Procedure and the Local Rules for the Northern District of Georgia, for the purpose of discovery, for the use at trial and for such other purposes as are permitted at law.

This deposition will be recorded by videographic and/or ordinary stenographic methods, before a Notary Public or other person authorized by law to administer oaths.

Pursuant to Fed. R. Civ. P. 30(b)(6), Witness is required to designate officers, directors, managing agents, or other persons who will be able to testify on its behalf with respect to the matters set forth in Exhibit A attached hereto.

By February 14, 2007, Witness is further requested to provide the undersigned counsel with a list of proposed witness(es) for each topic identified in Exhibit A.

Discovery is ongoing.  STS reserves the right to supplement or amend topics identified in Exhibit A as additional information is made available.

    s/ Angela S. Blackwell
Angela S. Blackwell
Georgia Bar No. 647555
William B. Hill, Jr.
Georgia Bar No. 354725
ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia  30309-3232
Tel:  (404) 253-6000
Fax:  (404) 253-6060
angelablackwell@asherafuse.com

Scott G. Lindvall
    (admitted *pro hac vice*)
Robert R. Laurenzi
    (admitted *pro hac vice*)

2

>Sarah W. Saunders
>     (admitted *pro hac vice*)
>KAYE SCHOLER
>New York, NY  10022-3598
>Tel:  (212) 836-8700
>Fax:  (212) 836-8689
>
>Attorneys for Plaintiff
>*STS Software Systems, Inc.*

## **CERTIFICATE OF COMPLIANCE**

This foregoing NOTICE OF SECOND SUPPLEMENTAL AND AMENDED RULE 30(B)(6) DEPOSITION OF WITNESS SYSTEMS, INC. has been prepared using Microsoft Word, uses 14 point, proportionally spaced, typeface (Times New Roman), and does not exceed 25 pages, thus complying with LR 5.1B.

Dated:  February 12, 2007              s/ Angela S. Blackwell
                                       Angela S. Blackwell

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STS Software Systems, Ltd.,                   :

               Plaintiff,             :

        v.                                             Civ. Action No. 1:04-CV-2111-RWS
                                     :

Witness Systems, Inc.
                                     :
               Defendant.
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - -    x

## **CERTIFICATE OF SERVICE**

I, Robert Laurenzi, hereby certify that on February 12, 2007, I caused a true and complete copy of the foregoing NOTICE OF SECOND SUPPLEMENTAL AND AMENDED RULE 30(B)(6) DEPOSITION OF WITNESS SYSTEMS, INC. to be served upon the parties to this action as shown on the attached Service List.

Dated: February 12, 2007                      <u>s/ Angela S. Blackwell</u>

**SERVICE LIST**
*STS SOFTWARE SYSTEMS, LTD. V. WITNESS SYSTEMS, INC.*
**Case No. 1:04-CV-2111-RWS**

Attorneys for Defendant Witness Systems, Inc.

| | |
|---|---|
| Nagendra Setty | Via E-filing |
| Daniel A. Kent | |
| Christopher O. Green | |
| FISH & RICHARDSON P.C. | |
| 1180 Peachtree Street | |
| 21ST Floor | |
| Atlanta, GA  30309 | |
| Telephone:  (404) 892-5005 | |
| Facsimile:   (404) 892-5002 | |

*Counsel for Defendant*
*Witness Systems, Inc.*

## EXHIBIT A – DEPOSITION TOPICS

### DEFINITIONS

The Definitions of NICE's Notice of Supplemental and Amended Rule 30(B)(6) Deposition of Witness Systems, Inc. dated January 5, 2007 are hereby incorporated herein by reference in their entirety.

## TOPICS

The Topics listed in NICE's Notice of Supplemental and Amended Rule 30(B)(6) Deposition of Witness Systems, Inc. dated January 5, 2007 are hereby supplemented as follows:

37.   The operation of any hardware and software, including any underlying source code, implemented in any Witness VoIP Products at any time to support VoIP recording functionality.  This topic specifically requires testimony about how the Witness VoIP Products operate at the source code level.