UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STS SOFTWARE SYSTEMS, LTD. and NICE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> WITNESS SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:04-cv-2111-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration, it is

**Ordered and Adjudged** that judgment is entered in favor of Witness Systems, Inc. on the claim of infringement and in favor of STS Software Systems, Ltd. and NICE Systems, Ltd. on the claim of invalidity. Neither party is entitled to an award of attorneys' fees, and each party shall bear its own costs.

Dated at Atlanta, Georgia, this 23rd day of May, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: s/Shirley J. Kennedy
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office May 23, 2008.
James N. Hatten, Clerk of Court

By: s/Shirley J. Kennedy
    Deputy Clerk